MINUTE ENTRY
SEPTEMBER 25, 2019
DOUGLAS, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-131 |
| ROBERT O. KLEIN | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL  *Ralph Capitelli*
1100 Poydras St., Suite 2950, New Orleans, LA 70163
X  ASSISTANT U.S. ATTORNEY   PAIGE O'HALE
___INTERPRETER   _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT/WARRANT FROM SDOH WAS:
    READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 19

X / BOND SET AT $1,000,000.00 unsecured appearance bond 50,000.00 to be delivered by COB 9/27/19. Balance of $950,000.00 due 9/30/19.

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

per attached for conditions of release

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT IS SET FOR _____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____  _____

X - waiver of removal hearing executed



DEFENDANT'S NAME: <u>ROBERT O. KLEIN</u>       CASE NO. <u>19-131 MAG</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

<u>X</u>  a) submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____  b) continue or actively seek employment

<u>X</u>  d) surrender any passport to <u>USPO</u>

<u>X</u>  e) not obtain a passport or other international travel document

<u>X</u>  f) abide by the following restrictions: Continental U.S. ____ EDLA <u>X</u> LA ____
Other <u>Southern District of Ohio as needed for court purposes</u>

____  g) avoid all contact with victim/witness ____ co-defendants ____
Other _____

____  h) medical or psychiatric treatment if directed by Pretrial Services

____  k) not possess firearm, destructive device or other weapon

____  l) not use alcohol: at all ____ excessively ____

____  m) not use or unlawfully possess narcotic drug/controlled substances

____  n) submit to testing for a prohibited substance if required by Pretrial Services

____  o) participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

<u>X</u>  p) participate in location restriction program: ____ (i) Curfew
                                              <u>X</u>  (ii) Home Detention
                                              ____ (iii) Home Incarceration

<u>X</u>  q) submit to location monitoring as directed by Pretrial Services

<u>X</u>  r) report every contact with law enforcement personnel to Pretrial Services

<u>X</u>  s) Other(s): <u>Surrender passport card, pilots license, and (surrender to USPO) deed to yacht, leave home for medical appointments, cease all contact w/ department of defense directly or indirectly</u>

