AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert O. Klein | )    Case No.   2:19-mj-724 |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 2014 through present _____ in the county of _____ in the

___ Southern ___ District of ___ Ohio ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

S.A. James W. Terovick
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __ Sept. 24, 2019 __

_____
_Judge's signature_

City and state: __ Columbus, Ohio __

Kimberly A. Jolson   USMJ
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James W. Terbovich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Defense Criminal Investigative Service ("DCIS"), which is part of the Office of the Inspector General for the U.S. Department of Defense ("DoD"). I have been so employed for approximately 29 years.  In my current capacity, I am charged with investigating acts of suspected DoD contract fraud.

2.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      This affidavit is made in support of a criminal complaint against **ROBERT O. KLEIN** (hereinafter referred to as Klein) for conspiracy to commit wire fraud and wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343.  The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, and review of the relevant evidence.

### PROBABLE CAUSE

*Contracting Process*

4.      The DoD contracts through its various agencies, such as the Defense Logistics Agency ("DLA").  DLA is the United States' combat logistics support agency, and as such manages the global supply chain for all military services, 10 combatant commands, other federal agencies, and partner and allied nations.  DLA has three primary depots that manage the military's global supply chain – DLA Land and Maritime ("L&M") in Columbus, Ohio, DLA Aviation in Richmond, Virginia, and DLA Troop Support ("TS") in Philadelphia, Pennsylvania.

5.     When the DoD determines that a particular part is needed, the DoD issues "Solicitations," or Requests for Quotation ("RFQs") electronically through a web-based application, DLA's Internet Bid Board System ("DIBBS"). Users (i.e., potential contractors) are able to search for, view, and submit secure quotes based upon the RFQs for the items DLA seeks to obtain. The solicitations or RFQs list the DoD requirements, which can include drawings and/or specifications, such that any potential contractor is aware of exactly how the part is to be made or where they can obtain the part. DoD contractors are required to have a quality control system in place to insure the parts supplied to the DoD are in accordance with DoD drawings and specifications.   In addition to noting the contractor's agreement or disagreement with the requirements of the solicitation, the quote, or bid, submitted will list the contractor name, business location and an email address.

6.     In order to conduct business with the DoD, contractors must register in the System for Award Management ("SAM"), which requires agreeing to receive payments electronically. All prospective U.S. Government contractors must register and self-certify in the SAM once per year, or any time there is a substantive change in the business that would affect the accuracy of previous certifications prior to bidding on government contracts.   This self-certification is done under the admonition of penalties under 18 USC 1001.   Contracting officials rely on these certifications when awarding contracts.

7.     The contractors must also obtain a Commercial and Government Entity ("CAGE") code. The CAGE code is a 5-character identification number used extensively within the federal government, assigned by the DLA. The CAGE code is used to support a variety of automated

2

systems throughout the government and provides a standardized method of identifying a given contractor facility at a specific location.

8.      In the contracting process, once parts are shipped to the DLA, contractors enter the shipping and invoicing information electronically, through a secure, web-based system, which allows the government to receive and pay electronically.  Upon receiving the invoice, the DoD, through the Defense Finance and Accounting Service ("DFAS"), in Columbus, Ohio, which in the Southern District of Ohio, will issue electronic payment to the supplying contractor and retain a voucher as a record of the payment.

9.      DLA L&M in Columbus is also home to laboratories used to test and identify nonconforming parts sold to DLA, including the capability to test for counterfeit material, substitute inferior products, and remark/over-brand items.  These laboratories at DLA L&M are used to test all suspect parts provided to DLA worldwide.

*Background of the Investigation*

10.     The conduct involved in this investigation dates back to at least 1997 and involves a group of individuals that have been defrauding DLA by providing blatantly defective replacement parts for U.S. military weapon systems.  The scheme to defraud involves setting up a company for the purpose of bidding, often the lowest bid, on DLA contracts via DIBBS.  When awarded a DLA contract, the company provides defective parts to the DLA, but submits an invoice certifying their compliance with the contract, which then leads to payment before any of the bad parts can be detected.  Once a company is discovered providing bad parts, it is debarred and a new company is formed to take its place.

11.     During the last 15 years, DLA L&M has identified approximately 50 companies and individuals selling bad parts (primarily through part testing) and debarred each company and its principals. It also appears that each subsequent company established may be using fake or false names for its owners or principals to avoid detection.

12.     Over time, there has been an effort to identify and link together many of the companies and their principals through same or similar addresses, phone numbers and employee names. The addresses and phone numbers of the companies involved have spanned several states, including Colorado, Texas, Florida, Louisiana and Mississippi. Additionally, the addresses have often been empty lots, vacant buildings, or non-existent addresses, and the companies appear to have had little to no manufacturing ability.

13.     The most recent iterations of companies used by this group are Military Defense Systems Inc. ("MDS") and Am-Met. Prior iterations include:

    a.  JN&N Inc., Advanced Technology, Fluid Devices Ltd., Advance Technologies Ltd., Charles T. Pace, and Bron Lee Strokes, all of which were debarred in December 2003 for three years for providing defective parts to the DLA on contracts issued as early as 1997;

    b.  Transwestern Resources Corporation, George Pattison, Advanced Technologies, Sunpool Manufacturing Company, Sara Steihl, Robert Steihl, Linda Lee, JN&N, and Charles Pace, all of which were debarred in November 2010 for 10 years for providing defective parts to the DLA;

4

c. Eurometals SA Ltd., Skyvara Foundry Ltd., Herbert Harvey, Claude Bernard, Richard Skyvara, and Bernard Skyvara, all of which were debarred in August 2011 for three years for providing defective parts to the DLA;

d. Zero Recoil Factors Inc., Metal and Machine Institute Inc., and TNT Engineering Ltd., all of which were debarred in May 2012 for three years for being affiliated with previously debarred companies;

e. Omni Tec LLC and Nolen Materne, which were debarred in March 2013 for three years for being affiliated with previously debarred companies;

f. Burch Technical Institute, Cameron Duchman, and Clinton Gibson, all of which were debarred in August 2013 for three years for being affiliated with previously debarred companies;

g. Highlands Manufacturing Institute and William Teach, which were debarred in October 2013 for an indefinite period for being affiliated with previously debarred companies;

h. Stealth Equipment Instructor Inc. and William Smith, which were debarred in November 2013 for an indefinite period for being affiliated with previously debarred companies;

i. Ace Service and Supply Corp, Howard Stein, Eric Stein, and Mark Gold, all of which were debarred in 2014 for providing defective parts to the DLA; and

j. Sydabon Mfg. Inc., Bena Lobe, Leonard Lobe, Dalton Reme, Russel Thurston, Lela Thurston, Sydabon Manufacturing Co., John Amos, Debra Namias, and Robert

Klein, which were debarred in 2014 for three years during June 19, 2014 through June 18, 2017 for providing defective parts to the DLA.

*Targets – Individuals*

14.     Although it appears several of the individuals associated with the fraudulent companies are fake names, John Amos and Robert O. Klein are two names that are consistently related to the debarred companies and believed to be actual people.

15.     Specifically, the evidence indicates that Amos, born in 1934, and Klein, born in 1937, have been operating companies engaged in DoD contracting fraud, to include owning and managing MDS and Am-Met. Both targets reside in the New Orleans, LA area, although at least Klein may also have secondary residence or property in Colorado.

16.     On January 9, 2019, DCIS agents interviewed two former employees of MDS, both of whom positively identified Amos and Klein in unmarked driver license photographs. Amos admitted to one of these former employees that Klein used fake names for the owner(s) of some of his businesses. Amos told the former employee that Klein was the real owner of MDS, and Ada and Bryan Wolfe, the purported owners of the company, were fake names used by Klein. Klein disputed this allegation to the employee, but Amos explained to the former employee that Klein used fake names because neither he nor Amos could represent MDS, as both were debarred. Amos also admitted to the former employee that Klein hired an actor once to play the role of Bryan Wolfe at an inspection conducted in connection with a DLA contract for which MDS was providing parts.

17.     Amos' connection to the debarred companies is significant as there is evidence of:

   a. his signature on Certificates of Conformance received by DLA from Machine Institute, Zero Recoil, and Transwestern;

6

    b.   his employment at Transwestern as evidenced by two Corrective Action Request ("CAR") letters from the Defense Contract Management Agency ("DCMA") addressed to Amos;

    c.   his listing as the registered agent for Southwest Engineering, Ltd. which is an alternate name used by TNT Engineering (currently debarred as an affiliate of Transwestern); and

    d.   his listing as the registered agent of Sydabon Manufacturing Ltd.

18.     Klein also has a strong connection to the debarred companies, as follows:

    a.   he was identified as a principal of JN&N in a trip report by a contracting officer documenting a meeting at the company, which took place on January 18, 2002;

    b.   he also submitted quotes to DLA and responded to correspondence on behalf of JN&N;

    c.   he appears to have purchased Transwestern in January 2010; and

    d.   his name was at the top of documents faxed to a DLA L&M contracting officer in 2011 by Eurometals.

19.     During the interview of the two former MDS employees, one of whom worked for MDS during December 2016 through July 2017, and the other during March to July 2017, they stated that Klein and Amos' base of operations was a small machine shop and office located at 621 Bonita Drive, Chalmette, Louisiana 70043. Per one of these employees, Amos admitted to him that they could not ship parts from this Chalmette location because it was the address of one of Klein's previously debarred companies. Therefore, according to what Amos told this former MDS employee, they could only ship parts to the DoD from other locations. The two former MDS

employees informed agents that, when they worked for Klein, he conducted significant business on his phone, including checking and sending email on his phone from his various email accounts.

20.     As described above, during June 19, 2014 through June 18, 2017, Klein and Amos were debarred in their true names from both obtaining and working on federal government contracts. Klein's debarment letter was sent to 141 Robert E. Lee Blvd., New Orleans, LA. Also, the addresses of JN&N Inc., Advanced Technologies, and Advance Technologies Ltd. – three of Klein's companies that were debarred in December 2003 – was 621 Bonita Drive, Chalmette, Louisiana 70043.

21.     On January 10, 2019, DCIS agents visited the address of 141 Robert E. Lee Blvd, New Orleans, LA and learned that a business, Mail & More, was located that offered shipping services as well as mailboxes. Agents interviewed the manager, who said that Box #124 was rented by Robert Klein. The manager voluntarily provided documents on Box #124, which verified that this box is rented by Klein. Per the documents, Klein obtained the mailbox in March 2007. Per the manager, S.S. also picks up items from Box #124. During this investigation, investigators have learned through interview of former employees of Klein, as well as through S.S., that S.S. has been in a relationship with Klein for approximately 18-19 years.

22.     On February 28, 2019, agents with DCIS and the Internal Revenue Service, Criminal Investigations (IRS-CI), executed a federal search warrant on the shop at 621 Bonita Drive, Chalmette, LA 70043. Agents interviewed John Amos in conjunction with the execution of this warrant. Amos stated that Klein owns the following companies: Transwestern Resources Corporation, Advanced Technologies, Eurometals, Zero Recoil Factors, Omni Tech LLC, and Sydabon Manufacturing. Amos stated he has worked for Klein for 17-18 years, and his primary

job has been to oversee the assembly of the raw materials/components into the final parts. Amos acknowledged that both he and Bob Klein were previously debarred by the DoD, along with one of Klein's companies, Sydabon manufacturing. Amos stated he does not know the Wolfes and has never met them. He does know their names and has seen them on paperwork affiliated with MDS. Amos then said he does not know with which exact company the Wolfes were affiliated. He has never communicated with the Wolfes in person, over the phone, or via email. Amos does not know if the Wolfes are real people.

*Target Companies*

MDS

23.    According to Louisiana's Secretary of State website, a company called Mil-Sys Inc. was incorporated on March 13, 2014 by Ada Wolfe, President, 11030 Chef Hwy, New Orleans, LA 70127. Mil-Sys Inc.'s name was changed to MDS on October 27, 2016.

24.    On January 19, 2015, MDS was registered in the SAM by allegedly Ada Wolfe. "Wolfe" certified that she is "not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency."

25.    During March 27, 2015 through November 8, 2016, MDS was awarded 75 obligated DLA contracts valued at approximately $455,787. In the bids for these contracts, the "Quoter" block had "Ada Wolfe" for the name of the person submitting the quote, and listed her email account as military_defense_systemsinc@yahoo.com.

26.    According to Oath Holdings Inc. records for the email account of military_defense_systemsinc@yahoo.com, the account was created on October 6, 2014. The phone number entered for the account when it was initially created was (769) 390-4000.

27.     During the search warrant at 621 Bonita Drive, Chalmette, LA 70122, DCIS agents imaged John Amos' phone. Subsequent review of this phone image revealed the phone number for Klein in Amos' contacts was (769) 390-4000.

28.     Review     of     emails     in     the     email     account     of military_defense_systemsinc@yahoo.com revealed that during April 2015 through early 2018, Klein actively used this email account. All emails to government officials are signed as Ada, Bryan, Brad, or Donald Wolfe. All emails to Klein's primary employees and longer term associates, such as bank representatives or suppliers in China, are signed as Bob, Robert, "B", or some other derivative of Bob Klein's name.

29.     For example, on March 2, 2016, a DLA Product Specialist, Joe Payne, emailed MDS at military_defense_systemsinc@yahoo.com and informed the company that 108 parts that MDS had provided DLA were made from plastic and not the required steel, and asked for a mailing address to send the bad parts back to MSD. Klein responded on the same day and wrote, in part, "No awards are on file for this search criteria...Please check and advise. If you find please send copy of contract." Klein signed the email as "MDSI  Brad". On March 29, 2016, Payne emailed MDS back to check on the status of his request. On April 5, 2016, Klein forwarded the email chain to a primary employee of his at the time, B.J., at bobby.jordan@yahoo.com. Klein wrote to B.J., "Hi Bob.  Please talk to Joe Paine And Find out what they received so we can straighten it out". Klein signed the email as "B" (Affiant Note: A review of emails between Klein and B.J. revealed that Klein signed most emails to B.J. as "B"; B.J. addressed his emails to Klein with "Bob", and signed the emails as "bj".) Approximately three minutes after his April 5, 2016 email to B.J., Klein responded to Payne and wrote, "Is it possible to receive picture of what was received?  Our

records indicate correct material shipped". Klein signed the email as "MDS Bryan". On April 5, 2016, B.J. responded to Klein's email and wrote, "Hi Bob – Left two messages with Joe today but no reply…" B.J. signed the email as "bj".

30.     Agents working this investigation have served subpoenas on financial institutions for the bank records of Klein's companies. According to records provided by DFAS, direct deposits from DLA to MDS for performance on MDS' contracts were made into an account at Iberia Bank, account number 20000863076. According to banking records obtained and reviewed by agents, this account was opened by Robert Klein on June 21, 2013 and is in the name of Metals and Machine Institute Inc., one of Klein's companies previously debarred by DLA. Robert Klein is the only authorized signer on the account. Klein also opened an additional account at Iberia Bank in the name of MDS on December 3, 2015. Klein is the only authorized signer on this account. Neither Ada, Bryan, Brad nor Donald Wolfe are owners or signers on these two accounts, nor any other bank account opened by Klein for his other businesses, further corroborating that the Wolfes are false aliases used by Klein.

31.     At various points during this investigation, investigators have tried to identify the Wolfes through database and open source checks, and have been unsuccessful,

32.     In addition to its approximate $455,787 in direct contracts with DLA, MDS also received as much as approximately $4 million in DLA subcontracts from DLA Contractor JBL Systems Solutions LLC, which is located in Laurel, Maryland.

33.     To date, the investigative team has uncovered approximately $761,797 in DLA contracts, awarded to either JBL or MDS, on which the parts were manufactured by MDS, provided to the DoD, and were discovered to be defective. Many of these parts were critical

application items, which is an item on a U.S military weapon system that is essential to the weapon's performance, operation, and/or the preservation of life or safety of operating personnel. Based on a portion of these failures, in July 2018 DLA debarred MDS and its three purported principles, Ada, Bryan and Donald Wolfe.

34.     In addition to stating that it's bids were submitted by Ada Wolfe with MDS, at military_defense_systemsinc@yahoo.com, MDS certified to DLA that it was the manufacturer for the specific parts it was quoting in each bid, and that it would manufacture parts in accordance with the appropriate drawings and specifications.

35.     Further review of the email account of military_defense_systemsinc@yahoo.com, as well as other email accounts used by Klein including ammetcorp@gmail.com and ammetengineering@gmail.com, revealed that Klein appears to have used manufacturers in China and India to manufacture the majority of parts he provided to DLA.  The emails reveal that Klein often had the approved specifications and/or drawings for the parts re-drawn under one of his company names, usually Advanced Technologies, and sent these specifications and/or drawings to his overseas manufacturer if it was the first time the manufacturer was making the part for him.

36.     Review of the bank records obtained on Klein's companies revealed that during January 2014 through January 2019, Klein paid approximately $2.4 million to companies in China and India.

37.     As an example of parts that Klein had manufactured in China, MDS received three direct DLA contracts in September 2015, November 2015 and July 2016 to manufacture 77 tube nipples and 13 fluid flow restrictor units, both of which are critical application items used on the rotor system of the CH-53 Sea Stallion military transport helicopter.  In October 2016, the U.S.

Navy Fleet Readiness Center issued two Product Quality Deficiency Reports (PQDRs) on 12 of the tube nipples and 8 of the fluid flow restrictor units previously provided to DLA by MDS. Per the PQDRs, all of the parts were defective because they had solid cores, not the required filtered cores, which prevented the minimum amount of hydraulic fluid from flowing through the part. According to an email attached to the PQDRs from the CH-53 Senior Rotor Systems Engineer, the "Fluid Restrictors, P/N SS49MC902J4-17 & -25, were found to be partially/incorrectly manufactured to the point where little to no hydraulic fluid was allowed to flow through the restrictor to the blade lock assemblies on the main rotor head. In addition to the loss of hydraulic fluid flow/pressure to these components, at least one restrictor exhibited the potential to cause foreign object damage (FOD) the hydraulic system on the main rotor head as a direct result of the discrepant manufacturing. Loss of hydraulic fluid flow/pressure within the blade fold system, and the potential for damage to components as a result of FOD, will lead to a critical situation with the potential to result in a catastrophic event if left undetected." DFAS paid out $16,308 for these three contracts.

38.     Emails in Klein's MDS email account of military_defense_systemsinc@gmail.com revealed that Klein had tube nipples and restrictor units manufactured by Henry Parts in China, which appears to be the manufacturer that Klein used the most in China. In emails exchanged between Klein and Henry Parts during August 20, 2015 through January 15, 2016, Klein attached his own drawings (not the official, approval drawings identified in MDS quotes for the three contracts, as well as in the DLA contracts) and informed Henry Parts how to make the parts. At DCIS' request, a Test Coordinator with DLA reviewed Klein's emails, as well as the drawings that Klein sent, to Henry parts, and compared these instructions to the approved drawings for the parts.

13

Per the Test Coordinator, Klein informed Henry Parts to produce the restrictors with *sintered* stainless steel, not with a stainless steel filter as required. The sintered steel was solid and would not allow hydraulic fluid to flow through it. Further, per the Test Coordinator, the approved drawing for the restrictors and tube nipples did not have some measurements; a legitimate contractor would have had to contact Sikorsky, the owner of the approved drawings, to get the measurements. In Klein's drawing that he sent to Henry Parts, it appears that Klein made up the measurements. In all of the emails with Henry Parts, Klein signed the emails as "Robert" or some other derivative of his true name.

39.     Additionally, a review of email accounts as well as documents seized during the search warrant at 621 Bonita Drive, Chalmette, Louisiana 70043 revealed that Klein appears to have been regularly and intentionally importing the military parts, which he purchased from overseas manufacturers, as "appliance parts" or "washing machine parts". This description is contained in numerous hardcopy import shipping documents, many of which are for imports from Henry Parts, found at the 621 Bonita Drive shop. In a September 2018 email exchange between Klein and "Jenny" with Henry Parts, Klein tells Jenny to label a shipment of incoming goods as appliance parts. Jenny informs Klein on September 26, 2018 that she "checked with the shipping department that we have to declarte it based on facts, such as ALU LADDER / U BOLT...those are not appliance parts. we can't lie. we can show 'appliance parts' on the IV and PL only. pls contact your forwarder to know more about it." On the same day, Klein wrote back, "Nobody is asking you to lie. We have checked with our broker  If the parts is part of an appliance it is an appliance part...It is not your shipping departments right  To make determination about things are categorized. They are simply put a shipping department. They have no authority except to ship.

If a u bolt is part of a washing machine it is an appliance part.  If a valve is part of a washing machine it is an appliance part.  If a screw PN 706 goes on our washing machine it is an appliance part.  Things of this nature are covered by rules and regulations laws and treaty between nations. Let's keep yoru shipping department out of the business of determining what parts are components of, they just don't know…"  By declaring the military parts imported from overseas, and in particular China, washing machine parts or appliance parts, Klein may have avoided paying as much as 25% in tariffs on the goods coming into the United States.

Am-Met

40.     According to Louisiana's Secretary of State website, Am-Met Corporation was incorporated on December 27, 2016 by Rex Larue, identified as the Registered Agent and Director of Am-Met.  On March 30, 2017, Am-Met was registered in SAM to do business with the government.

41.     On April 5, 2017, Am-Met was registered in the SAM allegedly by Rex Larue. "Larue" certified that he was "not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal Agency."

42.     During February 28, 2018 through June 4, 2019, Am-Met was awarded 17 obligated DLA contracts valued at approximately $199,061.  In some of the bids for these contracts, the "Quoter" block had "Rex Larue" for the name of the person submitting the quote, and listed his email account as ammetcorp@gmail.com.

43.     On February 1, 2019, a DCIS agent served a search warrant on Google Inc. for records in the numerous email accounts affiliated with Klein's companies, including ammetcorp@gmail.com and ammetengineering@gmail.com.  Review of the records revealed that

15

ammetcorp@gmail.com was created on March 30, 2017. The phone number entered for the account when it was initially created was Klein's phone number of (769) 390-4000. The recovery email address entered for this account when it was initially created was garvinindinc@aol.com, an email account used by Klein according to a former MDS employee. Ammetengineering@gmail.com was created on September 15, 2017 and the phone number entered for this account was also Klein's phone number of (769) 390-4000.

44.     Review of emails in the email accounts of ammetcorp@gmail.com and ammetengineering@gmail.com revealed that during April 2017 through January 2019, Klein actively used these email accounts. Similar to Klein's MDS email account of military_defense_systemsinc@gmail.com, all emails in his two Am-Met accounts to government officials are signed as Rex Larue. All emails to Klein's primary employees and longer term associates are signed as Bob, Robert, "B", or some other derivative of Bob Klein's name.

45.     Further evidence that Klein is the true owner of Am-Met is a Certificate of Competency ("CoC") Application that Klein, representing himself as the Owner of Am-Met, submitted to the Small Business Administration (SBA) in June 2018. Klein submitted the CoC Application to the SBA after DLA Troop Support ("TS") determined that Am-Met was not responsible enough to receive the contract for DLA TS solicitation SPE8EF-17-T-3027, valued at $122,400, for wheel-track chocks. According to a CoC determination letter issued by the SBA to Am-Met in response to Am-Met's application, the SBA determined that Am-Met "did not demonstrate the requisite responsibility necessary to undertake the prospective contract." In Am-Met's CoC application package was an Information for Small Business Size Determination form completed by Klein. This form included the following pertinent information on Am-Met:

    a.   The 100% Owner of Am-Met is Robert Klein, who is also the President of the

         company.

    b.   The phone number, email address, and physical address listed for Klein are (769)

         390-4000 and ammetengineering@gmail.com.

46.     According to records provided by DFAS, direct deposits from DLA to MDS for performance on MDS' contracts were made into an account at Alpine Bank, account number 1414017609. According to banking records obtained and reviewed by agents, this account was opened by Robert Klein on October 13, 2005 and is in the name of Environmental Service dba BECO Valve Division JN&N, one of Klein's companies previously debarred by DLA. Klein was the only authorized signer on the account up until September 6, 2018, when S.S. was added to the account. Rex Larue is not listed as an owner or signer on this account, further corroborating that Larue is a false alias used by Klein.

47.     In addition to its approximate $199,061 in direct contracts with DLA, Am-Met also received as much as approximately $5.8 million in DLA subcontracts from JBL. As of a couple months ago, JBL had delivered on $2.2 million of these contracts.

48.     To date, the investigative team has uncovered five DLA contracts, awarded to either JBL or Am-Met, on which the parts were manufactured by Am-Met, provided to the DoD, and were discovered to be defective. The number of DLA contracts on which Am-Met provided defective parts may substantially rise, as Am-Met is a newer DLA contractors and parts it provided to DLA have just recently entered DLA's supply chain, and the process of pulling them from stock and testing them is time-intensive.

## **CONCLUSION**

49.     Based on the foregoing, your Affiant concludes that there is probable cause to

believe that **ROBERT O. KLEIN** engaged in a conspiracy to commit wire fraud and wire fraud,

in violation of 18 U.S.C. §§ 1349 and 1343 in the Southern District of Ohio.

Respectfully submitted,

James W. Terbovich, Special Agent
Defense Criminal Investigative Service

Subscribed and sworn to before me
On the 24 day of September, 2019.

HONORABLE KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

18

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>Robert O. Klein<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:19-mj-774 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Robert O. Klein                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

See Affidavit

Date:   Sept. 24, 2019
                                                                      _____
                                                                      *Issuing officer's signature*

City and state:   Cols, OH                            U.S.M.J. Kimberly A Jolson
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                          _____<br>                                                                      *Arresting officer's signature*<br><br>                                                                      _____<br>                                                                      *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Robert O. Klein

Known aliases:

Last known residence:   4000 Davey Street, Unit 305, New Orleans, LA 70122

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   01/15/1937

Social Security number:   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

Height:                                                    Weight:

Sex:   Male                                          Race:   Caucasian

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   Defense Criminal Investigative Service

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA      :     Case No. 2:19-mj-774

                                      :     **MAGISTRATE JUDGE JOLSON**

         vs.                        :

ROBERT O. KLEIN,                 

                                       :     **FILED UNDER SEAL**

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

Now comes the United States, by and through its counsel, Assistant United States Attorney Jessica W. Knight, for the Southern District of Ohio, Eastern Division, and respectfully request that this motion, the Complaint, and Arrest Warrant in the above-entitled cause be sealed because the United States is apprehensive that the defendant may flee the jurisdiction and/or evidence may be destroyed if he becomes aware of the existence of said Complaint and Arrest Warrant.

WHEREFORE, the government respectfully requests that this motion, the Complaint, and Arrest Warrant in this cause be sealed.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Knight@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA      :    Case No. 2:19-mj-774
            :    MAGISTRATE JUDGE JOLSON

       vs.              :
            :

ROBERT O. KLEIN,

            :    FILED UNDER SEAL

## SEALED ORDER TO SEAL COMPLAINT AND ARREST WARRANT

The Government having moved to seal the motion, Complaint, and Arrest Warrant and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

Sept. 24, 2019
DATE

_____
UNITED STATES MAGISTRATE JUDGE