UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-131 |
| ROBERT O. KLEIN | SECTION: MAG |

**ORDER**

On September 25, 2019, a $1,000,000.00 cash bond was set with special conditions. A $50,000.00 cash deposit into the registry of the court was due by September 27, 2019 and the balance of $950,000.00 was due by the close of business on September 30, 2019. The bond papers were executed, and the defendant was released.

On September 27, 2019, a $50,000.00 cash deposit was made into the registry of the Court (receipt attached).

On October 4, 2019 the bond was modified to a $250,000.00 cash bond with a deposit into the registry of the court due by October 9, 2019 and a $750,000.00 personal surety bond secured with defendant's property for a total bond of one million dollars. The defendant signed the amended appearance bond and was released on the modified bond.

On October 7, 2019, a $150,000.00 cash deposit was made into the registry of the Court (receipt attached).

On October 9, 2019, a $50,000.00 cash deposit was made into the registry of the Court (receipt attached) for total deposits of $250,000.00.

New Orleans, Louisiana, this 9th day of October 2019.

DANA M. DOUGLAS, U.S. MAGISTRATE JUDGE

DUPLICATE

Court Name: Louisiana Eastern District
Division: 2
Receipt Number: 044659
Cashier ID: golivo
Transaction Date: 09/27/2019
Payer Name: CAPITELLI AND WICKER TRUST

TREASURY REGISTRY
 For: ROBERT O KLEIN
 Case/Party: D-LAE-2-19-MJ-000131-001
 Amount:        $50,000.00

CHECK
 Check/Money Order Num: 110803467
 Amt Tendered: $50,000.00

Total Due:        $50,000.00
Total Tendered:   $50,000.00
Change Amt:       $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."

---

DUPLICATE

Court Name: Louisiana Eastern District
Division: 2
Receipt Number: 044670
Cashier ID: golivo
Transaction Date: 10/07/2019
Payer Name: Capitella and Wicker

TREASURY REGISTRY
 For: Robert Klein
 Case/Party: D-LAE-2-19-MJ-000131-001
 Amount:        $150,000.00

CHECK
 Check/Money Order Num: 110803470
 Amt Tendered: $150,000.00

Total Due:        $150,000.00
Total Tendered:   $150,000.00
Change Amt:       $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."

---

DUPLICATE

Court Name: Louisiana Eastern District
Division: 2
Receipt Number: 044673
Cashier ID: golivo
Transaction Date: 10/09/2019
Payer Name: Sarah Stiehl

TREASURY REGISTRY
 For: Robert O Klein
 Case/Party: D-LAE-2-19-MJ-000131-001
 Amount:        $50,000.00

CHECK
 Check/Money Order Num: 9104486840
 Amt Tendered: $50,000.00

Total Due:        $50,000.00
Total Tendered:   $50,000.00
Change Amt:       $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."